

ORIGINAL

FILED

12/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0628

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0628

CONOR LARKIN McLEAN,

    Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

    Respondent.

FILED

DEC 14 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Conor Larkin McLean has filed a Petition for Writ of Habeas Corpus, contending that his incarceration is illegal because he has no suspended time on his sentence, pursuant to § 46-18-201(3)(a)(iv)(A), MCA. McLean has two criminal cases, Cause Nos. DC-19-209(A) and DC-20-338(A), and the Flathead County District Court committed him on November 25, 2020, for his offenses. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 15th day of December, 2021.

_____
Justice